**Opinion issued June 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00571-CV

————————————

## IN RE RODNEY SAMUEL SPRAWLING, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Rodney Samuel Sprawling, Jr., proceeding pro se, filed a petition for writ of mandamus asserting that the trial court abused its discretion by (1) refusing to strike and seal certain summary-judgment exhibits purportedly including "exposed unredacted medical records, private cellular telephone numbers, and active cloud links," (2) "failing to freeze and protect a contested marital and community estate from immediate dissipation, foreclosure, and unauthorized transfers," and (3) "refusing to require opposing counsel to produce wet-ink authorizations or

mandate an in-person verification hearing amidst credible allegations regarding the disappearance or unverified participation of" real party in interest, Andrei Dunca.[1]

In connection with his petition for writ of mandamus, relator also filed a "Motion for Temporary Relief Pending Mandamus." In the motion, relator requested that the Court make several findings and implement several "procedures and safeguards" pending review of his petition for writ of mandamus.[2]

We conclude that relator has failed to establish that he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motions, including relator's "Motion for Temporary Relief Pending Mandamus," as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1] The underlying case is *Andrei Dunca v. Rodeny Samuel Sprawling, Jr.*, Cause No. 2025-17063, in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding

[2] We note that relator has also filed a direct appeal from the trial court's April 6, 2026 "Summary Judgment and Permanent Injunction," assigned appellate cause number 01-26-00459-CV, currently pending in this Court.